IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 11-0617 |
| v. | : | |
| | : | CIV. NO. 14-4975 |
| JO BENOIT | : | |
| | : | |

## ORDER

AND NOW, upon consideration of defendant Jo Benoit's ("Benoit's") pro se motion to vacate, set aside, or correct a federal sentence under 28 U.S.C. § 2255 (paper no. 112), the government's response in opposition (paper no. 114), and Benoit's reply (paper no. 117), and for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

Benoit's motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 (paper no. 112) is **DENIED**.

/s/ Norma L. Shapiro
J.